UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 07 60027-Cr Dimitrouleas/Seltzer

21 USC 846
21 USC 841(a)(1), (b)(1)(D) and (b)(2)
18 USC 2
21 USC 853

UNITED STATES OF AMERICA

    Plaintiff,

vs.

FRANK HERNANDEZ,
AMADA HERNANDEZ,
C & H WHOLESALE,
LIFELINE PHARMACY, INC.,
EZ RX, LLC,
STEVE MARHEE,✓
EMMANUEL ANTONIO,✓
LAWRENCE D. PINKOFF,✓
E.V.A. GLOBAL, INC.,
THEOPHILOS ANTONIOU,✓
TROPIC SPIRAL SYSTEMS INC.,
PAUL WISEBERG,
HOWARD HELFANT,
RX DIRECT PHARMACY, INC.,
SERGE FRANCOIS,✓
CONCEPT RX, INC.,
EDGAR CRUZ,✓
THOMAS WALKER,
EVERETT ECHOLS, M.D.,
HANNIBAL EDWARDS, M.D., and
DAVID BARON, M.D.,

    Defendants.

_____/

FILED by _____ D.C.

FEB 2 - 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## INDICTMENT

THE GRAND JURY CHARGES THAT:

At all times relevant to this indictment:

## INTRODUCTION

### Internet Businesses

1.    Defendant EMMANUAL ANTONIO was the principal operator and owner of E.V.A. Global, Inc., (E.V.A.) a company in the business of using the internet to sell prescription drugs, that is pharmaceutical controlled and non-controlled substances for which a valid prescription is required for distribution.

2.    Defendant Lawrence D. PINKOFF was a principal operator of E.V.A. GLOBAL, INC., a company in the business of using the internet to sell prescription drugs, that is pharmaceutical controlled and non-controlled substances for which a valid prescription is required for distribution.

3.    Defendant THEOPHILOS ANTONIOU was the principal operator and owner of TROPIC SPIRAL SYSTEMS, INC., a company in the business of providing and maintaining the computer software and Internet site used by E.V.A. GLOBAL to sell prescription drugs, that is pharmaceutical controlled and non-controlled substances for which a valid prescription is required for distribution.

### Medical Doctors

4.    Defendant EVERETT ECHOLS was a medical doctor residing in North Carolina and licensed to practice medicine by the state of North Carolina.

5.    Defendant HANNIBAL EDWARDS was a medical doctor residing in California and licensed to practice medicine in California and Georgia.

2

6.      Defendant DAVID M. BARON was a medical doctor residing in Colorado and licensed to practice medicine by the state of Colorado.

**Pharmacies**

7.      Defendants FRANK HERNANDEZ and AMADA HERNANDEZ were the principal operators and owners of C & H Wholesale, Inc., a company in the business of acting as a wholesale supplier of controlled substances to internet pharmacies for which a valid prescription is required for distribution. C & H WHOLESALE was located at 5400 South University Drive #407A, Davie, Florida.

8.      Defendants FRANK HERNANDEZ and AMADA HERNANDEZ were the principal operators and owners of Lifeline Pharmacy, Inc., a company in the business of using the internet to sell prescription drugs. LIFELINE PHARMACY was located at 5400 South University Drive, # 413, Davie, Florida.

9.      Defendants FRANK HERNANDEZ and AMADA HERNANDEZ were the principal operators and owners of EZRX LLC, a company in the business of using the internet to sell prescription drugs. EZRX was located at 909A Rahway Avenue, Union; New Jersey.

10.     Defendant Steven T. MARHEE was the Chief Financial Officer for C & H WHOLESALE, INC., a company in the business of using the Internet to sell prescription drugs.

11.     Defendant Edgar CRUZ was the pharmacy manager/pharmacist at LIFELINE PHARMACY and at EZRX, companies in the business of using the internet to sell prescription drugs.

12.     Defendant Thomas WALKER was the pharmacist at LIFELINE PHARMACY, a company in the business of using the internet to sell prescription drugs.

3

13.     Defendants PAUL WISEBERG and HOWARD HELFANT were the principal operators and owners of RX Direct Pharmacy, Inc. A company in the business of using the internet to sell prescription drugs. RX DIRECT PHARMACY was located at 1020 NW 6th Street, Unit 1, Deerfield Beach, Florida.

14.     Defendant SERGE FRANCOIS, is the principal operator and owner of Concept RX, Inc, a company in the business of using the internet to sell prescription drugs, that is pharmaceutical controlled and non-controlled substances for which a valid prescription is required for distribution. CONCEPT RX was located at 1747 North University Drive, Plantation, Florida.

## COUNT 1

## CONSPIRACY TO DISTRIBUTE AND POSSESS WITH THE INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES

15.     Between on or about May 5, 2002, to on or about May 19, 2004, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

> FRANK HERNANDEZ,
> AMADA HERNANDEZ,
> C & H WHOLESALE,
> LIFELINE PHARMACY, INC.,
> EZ RX, LLC,
> STEVE MARHEE,
> EMMANUEL ANTONIO,
> LAWRENCE D. PINKOFF,
> E.V.A. GLOBAL, INC.,
> THEOPHILOS ANTONIOU,
> TROPIC SPIRAL SYSTEMS, INC.,
> PAUL WISEBERG,
> HOWARD HELFANT,
> RX DIRECT PHARMACY, INC.,
> SERGE FRANCOIS,
> CONCEPT RX, INC.,
> EDGAR CRUZ,
> THOMAS WALKER,

4

EVERETT ECHOLS, M.D.,
HANNIBAL EDWARDS, M.D., and
DAVID BARON, M.D.,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with

persons known and unknown to the Grand Jury to distribute a controlled substance, that is Schedule

III and Schedule IV controlled substances, in violation of Title 21, United States Code, Sections

841(a)(1), (b)(1)(D) and (b)(2).

Pursuant to Title 21, United States Code, Section 841(b)(1)(D) and 841(b)(2), it is further

alleged that the substances were as follows:

| PHARMACY | DRUG | SCHEDULE | NUMBER OF PRESCRIPTIONS | NUMBER OF DOSAGE UNITS |
|---|---|---|---|---|
| Lifeline Pharmacy, Inc. | Phendimetrazine (also known as Bontril) | III | 1,982 | 155,370 |
| Lifeline Pharmacy, Inc. | Phentermine | IV | 10,031 | 635,300 |
| Lifeline Pharmacy, Inc. | Diethylpropion | IV | 822 | 57,330 |
| Lifeline Pharmacy, Inc. | Zaleplon | IV | 248 | 7,560 |
| Lifeline Pharmacy, Inc. | Modafinil | IV | 423 | 16,620 |
| Lifeline Pharmacy | Zolpidem Tartrate | IV | 2,877 | 145,140 |
| Lifeline Pharmacy, Inc. | Benzphetamine | III | 927 | 74,430 |
| Lifeline Pharmacy, Inc. | Sibutramine Hydrochloride monohydrate | IV | 417 | 21,330 |

| PHARMACY | DRUG | SCHEDULE | NUMBER OF PRESCRIPTIONS | NUMBER OF DOSAGE UNITS |
|---|---|---|---|---|
| EZRX LLC | Phendimetrazine (also known as Bontril) | III | 197 | 15,510 |
| EZRX LLC | Phentermine | IV | 10,460 | 778,610 |
| EZRX LLC | Diethylpropion | IV | 1,495 | 105,210 |
| EZRX LLC | Zaleplon | IV | 498 | 15,390 |
| EZRX LLC | Modafinil | IV | 2 | 60 |
| EZRX LLC | Zolpidem Tartrate | IV | 4,747 | 242,550 |
| EZRX LLC | Benzphetamine | III | 876 | 71,070 |
| EZRX LLC | Sibutramine Hydrochloride monohydrate | IV | 1,069 | 59,790 |
| RX Direct Pharmacy, Inc. | Phendimetrazine (also known as Bontril) | III | 898 | 80,079 |
| RX Direct Pharmacy, Inc. | Phentermine | IV | 64,777 | 5,193,450 |
| RX Direct Pharmacy, Inc. | Diethylpropion | IV | 1,554 | 109,860 |
| RX Direct Pharmacy, Inc. | Zaleplon | IV | 426 | 13,170 |
| RX Direct Pharmacy, Inc. | Clonazepam | IV | 295 | 63,840 |
| RX Direct Pharmacy, Inc. | Modafinil | IV | 685 | 27,330 |
| RX Direct Pharmacy, Inc. | Zolpidem Tartrate | IV | 5,611 | 285,630 |
| RX Direct Pharmacy, Inc. | Benzphetamine | III | 1,253 | 100,650 |

| PHARMACY | DRUG | SCHEDULE | NUMBER OF PRESCRIPTIONS | NUMBER OF DOSAGE UNITS |
|---|---|---|---|---|
| RX Direct Pharmacy, Inc. | Sibutramine Hydrochloride monohydrate | IV | 752 | 40,830 |
| Concept RX, Inc. | Phendimetrazine (also known as Bontril) | III | 184 | 14,250 |
| Concept RX, Inc | Phentermine | IV | 8,585 | 671,910 |
| Concept RX, Inc | Benzphentamine | III | 50 | 4,170 |
| Concept RX, Inc | Diethylpropion | IV | 40 | 2,910 |
| Concept RX, Inc | Sibutramine Hydrochloride monohydrate | IV | 1 | 30 |
| Concept RX, Inc | Modafinil | IV | 2 | 60 |
| Concept RX, Inc | Zolpidem Tartrate | IV | 10 | 450 |

All in violation of Title 21, United States Code, Section 846.

## COUNTS 2 THROUGH 12
## DISTRIBUTION OF CONTROLLED SUBSTANCES

16.     On or about the dates enumerated as to each count, in Broward County, in the

Southern District of Florida, and elsewhere, the defendants enumerated as to each count did

knowingly and intentionally distribute controlled substances, in violation of Title 21, United States

Code, Section 841(a)(1).

7

| COUNT | DATE | DEFENDANTS | CONTROLLED SUBSTANCE | SCHEDULE | AMOUNT |
|-------|------|------------|----------------------|----------|--------|
| 2 | July 11, 2003 | EMMANUAL ANTONIO, LAWRENCE D. PINKOFF, THEOPHILOS ANTONIOU, E.V.A. GLOBAL, TROPIC SPIRAL SYSTEMS, INC., SERGE FRANCOIS, and CONCEPT RX, INC. | PHENDIMETRAZINE (also known as Bontril) | III | 90, 105 mg capsules |
| 3 | July 11, 2003 | EMMANUAL ANTONIO, LAWRENCE D. PINKOFF, THEOPHILOS ANTONIOU E.V.A. GLOBAL, TROPIC SPIRAL SYSTEMS, INC., SERGE FRANCOIS, and CONCEPT RX, INC. | PHENDIMETRAZINE (also known as Bontril) | III | 90, 105 mg capsules |
| 4 | July 11, 2003 | EMMANUAL ANTONIO, LAWRENCE D. PINKOFF, THEOPHILOS ANTONIOU, E.V.A. GLOBAL, TROPIC SPIRAL SYSTEMS, INC., SERGE FRANCOIS, and CONCEPT RX, INC. | PHENDIMETRAZINE (also known as Bontril) | III | 90, 105 mg capsules |
| 5 | July 22, 2003 | EMMANUAL ANTONIO, LAWRENCE D. PINKOFF, THEOPHILOS ANTONIOU, E.V.A. GLOBAL, TROPIC SPIRAL SYSTEMS, INC., FRANK HERNANDEZ, AMADA HERNANDEZ, LIFELINE PHARMACY, INC., STEVE MARHEE, EDGAR CRUZ, THOMAS WALKER, and HANNIBAL EDWARDS, MD | PHENDIMETRAZINE (also known as Bontril) | III | 90, 105 mg capsules |

| COUNT | DATE | DEFENDANTS | CONTROLLED SUBSTANCE | SCHEDULE | AMOUNT |
|---|---|---|---|---|---|
| 6 | July 22, 2003 | EMMANUAL ANTONIO, LAWRENCE D. PINKOFF, THEOPHILOS ANTONIOU, E.V.A. GLOBAL, TROPIC SPIRAL SYSTEMS, INC., FRANK HERNANDEZ, AMADA HERNANDEZ, LIFELINE PHARMACY, INC., STEVE MARHEE, EDGAR CRUZ, and THOMAS WALKER, | PHENDIMETRAZINE (also known as Bontril) | III | 90, 105 mg capsules |
| 7 | July 22, 2003 | EMMANUAL ANTONIO, LAWRENCE D. PINKOFF, THEOPHILOS ANTONIOU, E.V.A. GLOBAL, TROPIC SPIRAL SYSTEMS, INC., FRANK HERNANDEZ, AMADA HERNANDEZ, LIFELINE PHARMACY, INC., STEVE MARHEE, EDGAR CRUZ, THOMAS WALKER, and HANNIBAL EDWARDS, MD | PHENDIMETRAZINE (also known as Bontril) | III | 90, 105 mg capsules |
| 8 | November 12, 2003 | EMMANUAL ANTONIO, LAWRENCE D. PINKOFF, THEOPHILOS ANTONIOU, E.V.A. GLOBAL, TROPIC SPIRAL SYSTEMS, INC., FRANK HERNANDEZ, AMADA HERNANDEZ, EZ RX, LLC, STEVE MARHEE, EDGAR CRUZ, ~~THOMAS WALKER,~~ and HANNIBAL EDWARDS, MD | PHENDIMETRAZINE (also known as Bontril) | III | 90, 105 mg capsules |

| COUNT | DATE | DEFENDANTS | CONTROLLED SUBSTANCE | SCHEDULE | AMOUNT |
|-------|------|------------|----------------------|----------|--------|
| 9 | November 24, 2003 | EMMANUAL ANTONIO, LAWRENCE D. PINKOFF, THEOPHILOS ANTONIOU, E.V.A. GLOBAL, TROPIC SPIRAL SYSTEMS, INC., PAUL WISEBERG, HOWARD HELFANT, RX DIRECT PHARMACY, INC., and EVERETT ECHOLS, MD | PHENTERMINE | IV | 375 mg 90, ~~105 mg~~ capsules |
| 10 | March 4, 2004 | EMMANUAL ANTONIO, LAWRENCE D. PINKOFF, THEOPHILOS ANTONIOU, EVERETT ECHOLS, MD PAUL WISEBERG, HOWARD HELFANT, E.V.A. GLOBAL, TROPIC SPIRAL SYSTEMS, INC., and RXDIRECT PHARMACY, INC. | PHENTERMINE | IV | 90, 37.5 mg tablets |
| 11 | March 4, 2004 | EMMANUAL ANTONIO, LAWRENCE D. PINKOFF, THEOPHILOS ANTONIOU, EVERETT ECHOLS,MD PAUL WISEBERG, HOWARD HELFANT, E.V.A. GLOBAL, TROPIC SPIRAL SYSTEMS, INC., and RXDIRECT PHARMACY, INC. | ZOLPIDERM TARTRATE (also known as Ambien) | IV | 30, 10 mg tablets |
| 12 | April 8, 2004 | EMMANUAL ANTONIO, LAWRENCE D. PINKOFF, THEOPHILOS ANTONIOU, EVERETT ECHOLS, PAUL WISEBERG, HOWARD HELFANT, E.V.A. GLOBAL, TROPIC SPIRAL SYSTEMS, INC., and RXDIRECT PHARMACY, INC. | SIBUTRAMINE HYDROCHLORIDE MONOHYDRATE (also known as Meridia) | IV | 30, 10 mg tablets |

All in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(D) and (b)(2), and

Title 18, United States Code, Section 2.

### CRIMINAL FORFEITURE

17.     The allegations of Counts 1 through 12, of this Indictment are realleged and by this

reference fully incorporated herein for the purpose of alleging forfeitures to the United States of

America of certain property in which one or more of the defendants has an interest, pursuant to the

provisions of Title 21, United States Code, Section 853.

18.     Upon conviction of any of the violations alleged in Counts 1 through 12, defendants

shall forfeit to the United States any property constituting or derived from any proceeds which the

defendants obtained, directly or indirectly, as the result of such violations, and any property which

the defendant used or intended to be used in any manner or part to commit or to facilitate the

commission of such violations including but not limited to the following:

     A. The sum of $5,340,000.00

     B. United States Currency as follows:

         1) $225,078.38

         2) $91,887.57

         3) If the property described above as being subject to forfeiture, as a result

of any act or omission of the defendant,

            a)     cannot be located upon the exercise of due diligence;

            b)     has been transferred or sold to, or deposited with a

third person;

            c)     has been placed beyond the jurisdiction of the Court;

11

    d)    has been substantially diminished in value; or

    e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property and, in addition, to require the defendant to return any such property to the jurisdiction of the court for seizure and forfeiture.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

ELLEN L. COHEN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

FRANK HERNANDEZ, et. al.

          **Defendant.**

CASE NO. _07 60027-Cr-Dimitrouleas/Seltzer_

**CERTIFICATE OF TRIAL ATTORNEY**   D.C.

FILED BY _____

FEB 2 - 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.—W.P.B.

**Superseding Case Information:**

New Defendant(s)         Yes _____
Number of New Defendants
Total number of counts

**Court Division:** (Select One)

_____ Miami     _____ Key West
_____ FTL    _X_ WPB     _____ FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:   (Yes or No)     _No_
    List language and/or dialect    _English_

4.   This case will take   _15_   days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
    (Check only one)                (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _____ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _x_ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | _X_ |
| V | 61 days and over | _____ | | |

6.   Has this case been previously filed in this District Court? (Yes or No)   _No_
If yes:
Judge: _____      Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?     (Yes or No)   _No_
If yes:
Magistrate Case No.     _None_
Related Miscellaneous numbers:   _03-4801-Snow, 04-4705-Snow, 04-4721-Torres & 04-4772-Torres_
Defendant(s) in federal custody as of   _No_
Defendant(s) in state custody as of   _No_
Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No)    _No_

7.   Does this case originate from a matter pending in the U.S. Attorney's Office prior to
April 1, 2003? _____ Yes   _X_ No

8.   Does this case originate from a matter pending in the U. S. Attorney's Office prior to
April 1, 1999? _____ Yes   _X_ No
If yes, was it pending in the Central Region? _____ Yes   _x_ No

9.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior
to October 14, 2003? _____ Yes   _X_ No

10.   Does this case originate from a matter pending in the Narcotics Section (Miami) prior to
May 18, 2003? _____ Yes   _X_ No

_____
ELLEN COHEN
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No. 0739472

*Penalty Sheet(s) attached                            REV.1/14/04

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __FRANK HERNANDEZ__

Case No: _07-60027-Cr-Dimitrouleas/Selzer_

Count #: 1

_21 U.S.C. §841(a)(1), (b)(1)(D) and 21 U.S.C. §841(b)(2)_

**\*Max. Penalty:** up to 5 years imprisonment; up to $250,000.00 Fine;
Supervised release of at least 2 years but not more than 3 years

Counts #: 5 - 8

_21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2_

**\*Max. Penalty:** up to 5 years imprisonment; up to $250,000.00 Fine;
Supervised release of at least 2 years but not more than 3 years

Count #:


**\*Max. Penalty:**


Count #:


**\*Max. Penalty:**


**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name: __AMADA HERNANDEZ__

Case No: _07- 60027-CR- Dimimoulens/Selzer_

Count #: 1


__21 U.S.C. §841(a)(1), (b)(1)(D) and 21 U.S.C. §841(b)(2)__

**\*Max. Penalty:** up to 5 years imprisonment; up to $250,000.00 Fine;
Supervised release of at least 2 years but not more than 3 years

Counts #: 5 - 8


__21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2__

**\*Max. Penalty:** up to 5 years imprisonment; up to $250,000.00 Fine;
Supervised release of at least 2 years but not more than 3 years

Count #:


**\*Max. Penalty:**


Count #:


**\*Max. Penalty:**



**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name: __C & H WHOLESALE__

Case No: _07-60027-CR-Dimitrouleas/Seltzer_

Count #: 1

__21 U.S.C. §841(a)(1), (b)(1)(D) and 21 U.S.C. §841(b)(2)__

**\*Max. Penalty** 5 years probation; $250,000.00 Fine

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name: __LIFELINE PHARMACY, INC.__

Case No: _07- 60027-CR- Dimitrouleas/Seltzer_

Count #: 1

__21 U.S.C. §841(a)(1), (b)(1)(D) and 21 U.S.C. §841(b)(2)__

**\*Max. Penalty:** 5 years probation; $250,000.00 Fine

---

Counts #: 5 - 7

__21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2__

**\*Max. Penalty:** 5 years probation; $250,000.00 Fine

---

Count #:

---

**\*Max. Penalty:**

---

Count #:

---

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name: __EZ RX, LLC__

Case No: _07-60027-Cr-Dimitrouleas/Seltzer_

Count #: 1

__21 U.S.C. §841(a)(1), (b)(1)(D) and 21 U.S.C. §841(b)(2)__

**\*Max. Penalty:**  5 years probation; $250,000.00 Fine

Count #: 8

__21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2__

**\*Max. Penalty:**  5 years probation; $250,000.00 Fine

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** STEVE MARHEE

**Case No:** 07- 60027 CR-Dimi treuleas Seltzer

Count #: 1

21 U.S.C. §841(a)(1), (b)(1)(D) and 21 U.S.C. §841(b)(2)

**\*Max. Penalty:** up to 5 years imprisonment; up to $250,000.00 Fine;
Supervised release of at least 2 years but not more than 3 years

Count #: 5 - 8

21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2

**\*Max. Penalty:** up to 5 years imprisonment; up to $250,000.00 Fine;
Supervised release of at least 2 years but not more than 3 years

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name: __EMMANUEL ANTONIO__

Case No: _07- 60027-CR-Dimitrouleas / SELTZER_

Count #: 1


__21 U.S.C. §841(a)(1), (b)(1)(D) and 21 U.S.C. §841(b)(2)__

**\*Max. Penalty:**  up to 5 years imprisonment; up to $250,000.00 Fine;
 Supervised release of at least 2 years but not more than 3 years

Counts #: 2 - 8


__21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2__

**\*Max. Penalty:**  up to 5 years imprisonment; up to $250,000.00 Fine;
 Supervised release of at least 2 years but not more than 3 years

Counts #: 9 - 12


__21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2__

**\*Max. Penalty:**  up to 3 years imprisonment; up to $250,000.00 Fine;
 Supervised release of at least 1 year but not more than 3 years

Count #:




**\*Max. Penalty:**



**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  LAWRENCE D. PINKOFF

Case No: 07-60027-Cr-Dinimoulens/Selzer

Count #: 1

  21 U.S.C. §841(a)(1), (b)(1)(D) and 21 U.S.C. §841(b)(2)

*Max. Penalty:  up to 5 years imprisonment; up to $250,000.00 Fine;
Supervised release of at least 2 years but not more than 3 years

Counts #: 2 - 8

  21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2

*Max. Penalty:  up to 5 years imprisonment; up to $250,000.00 Fine;
Supervised release of at least 2 years but not more than 3 years

Counts #: 9 - 12

  21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2

*Max. Penalty:  up to 3 years imprisonment; up to $250,000.00 Fine;
Supervised release of at least 1 year but not more than 3 years

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  E.V.A. GLOBAL, INC.

Case No: 07-60027-CR-Dimitrouleas/Seltzer

Count #: 1

  21 U.S.C. §841(a)(1), (b)(1)(D) and 21 U.S.C. §841(b)(2)

*Max. Penalty:  5 years probation; $250,000.00 Fine;

Counts #: 2 - 8

  21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2

*Max. Penalty:  5 years probation; $250,000.00 Fine;

Counts #: 9 - 12

  21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2

*Max. Penalty:  3 years probation; $250,000.00 Fine;

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** THEOPHILOS ANTONIOU

**Case No:** 07 60027-Cr-Dimitraulas/Seltzer

Count #: 1

21 U.S.C. §841(a)(1), (b)(1)(D) and 21 U.S.C. §841(b)(2)

**\*Max. Penalty:** up to 5 years imprisonment; up to $250,000.00 Fine;
Supervised release of at least 2 years but not more than 3 years

Counts #: 2 - 8

21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2

**\*Max. Penalty:** up to 5 years imprisonment; up to $250,000.00 Fine;
Supervised release of at least 2 years but not more than 3 years

Counts #: 9 - 12

21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2

**\*Max. Penalty:** up to 3 years imprisonment; up to $250,000.00 Fine;
Supervised release of at least 1 year but not more than 3 years

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name: __TROPIC SPIRAL SYSTEMS__

Case No: _07-60027-CR-Dimitrouleas/Seltzer_

Count #: 1

___21 U.S.C. §841(a)(1), (b)(1)(D) and 21 U.S.C. §841(b)(2)___

**\*Max. Penalty:**  5 years probation; $250,000.00 Fine;

Counts #: 2 - 8

___21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2___

**\*Max. Penalty:**  5 years probation; $250,000.00 Fine;

Counts #: 9 - 12

___21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2___

**\*Max. Penalty:**  3 years probation; $250,000.00 Fine;

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name: __PAUL WISEBERG__

Case No: _07-60027-Cr-Dimitrouleas/Seltzer_

Count #: 1


  21 U.S.C. §841(a)(1), (b)(1)(D) and 21 U.S.C. §841(b)(2)

**\*Max. Penalty:** up to 5 years imprisonment; up to $250,000.00 Fine;
                   Supervised release of at least 2 years but not more than 3 years

Counts #: 9 - 12


  21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2

**\*Max. Penalty:** up to 3 years imprisonment; up to $250,000.00 Fine;
                   Supervised release of at least 1 year but not more than 3 years

Count  #:


**\*Max. Penalty:**

Count  #:


**\*Max. Penalty:**


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name:  **HOWARD HELFANT**

Case No: *07-60027-CR-Dimitrouleas/Seltzer*

Count #: 1

21 U.S.C. §841(a)(1), (b)(1)(D) and 21 U.S.C. §841(b)(2)

*\*Max. Penalty:*  up to 5 years imprisonment; up to $250,000.00 Fine;
Supervised release of at least 2 years but not more than 3 years

Counts #: 9 - 12

21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2

*\*Max. Penalty:*  up to 3 years imprisonment; up to $250,000.00 Fine;
Supervised release of at least 1 year but not more than 3 years

Count #:



*\*Max. Penalty:*

Count #:



*\*Max. Penalty:*



**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name: __RX DIRECT PHARMACY, INC.__

Case No: _07-60027-CR-Dimitrouleas/Seltzer_

Count #: 1

___21 U.S.C. §841(a)(1), (b)(1)(D) and 21 U.S.C. §841(b)(2)___

*Max. Penalty: 5 years probation; $250,000.00 Fine

Counts #: 9 - 12

___21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2___

*Max. Penalty: 3 years probation; $250,000.00 Fine

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  SERGE FRANCOIS**

**Case No:** *07-60027-CR-Dimitrouleas/Seltzer*

Count #: 1

____21 U.S.C. §841(a)(1), (b)(1)(D) and 21 U.S.C. §841(b)(2)____

**\*Max. Penalty:** up to 5 years imprisonment; up to $250,000.00 Fine;
Supervised release of at least 2 years but not more than 3 years

Counts #: 2 - 4

____21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2____

**\*Max. Penalty:** up to 5 years imprisonment; up to $250,000.00 Fine;
Supervised release of at least 2 years but not more than 3 years

Count #:

_____

**\*Max. Penalty:**

Count #:

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **CONCEPT RX, INC.**

**Case No:** *07-60027-CR-Zimmouteas/Seltzer*

Count #: 1

21 U.S.C. §841(a)(1(, (b)(1)(D) and 21 U.S.C. §841(b)(2)

*Max. Penalty: 5 years probation; $250,000.00 Fine;

Counts #: 2 - 4

21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2

*Max. Penalty: 5 years probation; $250,000.00 Fine;

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  **EDGAR CRUZ**

Case No: 07-60027 CR-Dimitrouleas/Seltzer

Count #: 1

_21 U.S.C. §841(a)(1), (b)(1)(D) and 21 U.S.C. §841(b)(2)_

*Max. Penalty: up to 5 years imprisonment; up to $250,000.00 Fine;
Supervised release of at least 2 years but not more than 3 years

Counts #: 5 - 8

_21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2_

*Max. Penalty: up to 5 years imprisonment; up to $250,000.00 Fine;
Supervised release of at least 2 years but not more than 3 years

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **THOMAS WALKER**

**Case No:** _07-60027-CR-Dimitrouleas/Seltzer_

Count #: 1


  21 U.S.C. §841(a)(1), (b)(1)(D) and 21 U.S.C. §841(b)(2)

**\*Max. Penalty:** up to 5 years imprisonment; up to $250,000.00 Fine;
                    Supervised release of at least 2 years but not more than 3 years

Counts #:  5 - 8


  21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2

**\*Max. Penalty:** up to 5 years imprisonment; up to $250,000.00 Fine;
                    Supervised release of at least 2 years but not more than 3 years

Count #:


**\*Max. Penalty:**


Count #:


**\*Max. Penalty:**


**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** __EVERETT ECHOLS, M.D.__

**Case No:** _07-60027-CR-Dimitrouleas/SELTZER_

Count #: 1

___21 U.S.C. §841(a)(1), (b)(1)(D) and 21 U.S.C. §841(b)(2)___

**\*Max. Penalty:** up to 5 years imprisonment; up to $250,000.00 Fine;
            Supervised release of at least 2 years but not more than 3 years

Counts #: 9 - 12

___21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2___

**\*Max. Penalty:** up to 3 years imprisonment; up to $250,000.00 Fine;
            Supervised release of at least 1 year but not more than 3 years

Count #:

_____

**\*Max. Penalty:**

Count #:

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  HANNIBAL EDWARDS, M.D.

**Case No:** 07-60027-CR-Dimitrouleas/Seltzer

Count #: 1

21 U.S.C. §841(a)(1), (b)(1)(D) and 21 U.S.C. §841(b)(2)

**\*Max. Penalty:** up to 5 years imprisonment; up to $250,000.00 Fine;
Supervised release of at least 2 years but not more than 3 years

Count #: 5

21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2

**\*Max. Penalty:** up to 5 years imprisonment; up to $250,000.00 Fine;
Supervised release of at least 2 years but not more than 3 years

Counts #: 7 - 8

21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2

**\*Max. Penalty:** up to 5 years imprisonment; up to $250,000.00 Fine;
Supervised release of at least 2 years but not more than 3 years

Counts #: 9 - 12

21 U.S.C. §841(a)(1), (b)(1)(D) and (b)(2) and 18 U.S.C. §2

**\*Max. Penalty:** up to 3 years imprisonment; up to $250,000.00 Fine;
Supervised release of at least 1 year but not more than 3 years

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name:  **DAVID BARON, M.D.**

Case No: *07-60027 Cr-Dimitrouleas/Seltzer*

Count #: 1

_21 U.S.C. §841(a)(1), (b)(1)(D) and 21 U.S.C. §841(b)(2)_

*Max. Penalty: up to 5 years imprisonment; up to $250,000.00 Fine;
              Supervised release of at least 2 years but not more than 3 years

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

No._____

# UNITED STATES _____ DISTRICT _____ COURT

Southern _____ Northern _____ District of _____ Division _____ Florida

## THE UNITED STATES OF AMERICA

vs.

FRANK HERNANDEZ,
AMADA HERNANDEZ,
C & H WHOLSALE,
LIFELINE PHARMACY, INC.,
EZ RX, LLC,
STEVE MARHEE,
EMMANUEL ANTONIO,
LAWRENCE D. PINKOFF,
E.V.A GLOBAL, INC.,
THEOPHILOS ANTONIOU,
TROPIC SPIRAL SYSTEMS, INC.,
PAUL WIEBERG,
HOWARD HELFANT,
RX DIRECT PHARMACY, INC.
SERGE FRANCOIS,
CONCEPT RX, INC.,
EDGAR CRUZ,
THOMAS WALKER,
EVERETT ECHOLS, M.D.,
HANNIBAL EDWARDS, M.D., and
DAVID BARON, M.D.,

## INDICTMENT

21 U.S.C. § 846
21 U.S.C. § 841(a)(1), (b)(1)(D) and (b)(2)
21 U.S.C. § 2
21 U.S.C. § 853

A true bill.

_____
Foreperson

Filed in open court this _____ day

of _____ A.D. 20___

_____
Clerk

Bail. $ _____

GPO 863 928