UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

07-60027-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK HERNANDEZ, et al.

    Defendants.
_____

### ORDER ON VARIOUS MOTIONS

THIS CAUSE is before the Court on various motions filed by the defendants. Being fully advised, it is hereby

ORDERED AND ADJUDGED as follows:

1. Defendant **Frank Hernandez', Amada Hernandez', Hanibal Edwards' and Howard Helfant's** Motions to Adopt (DE 408, 409, 411 and 413) Co-Defendants EVA's and Tropic's Response in Opposition to Government's Application for Protective Order are GRANTED except as to any matter where standing is an essential element of participation. Any appeal from or objection to any magistrate judge ruling must be taken individually, specifically and timely.

DONE AND ORDERED at Fort Lauderdale, Florida, this 2nd day of July, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
See Attached Service List

**SERVICE LIST**

**USA v. FRANK HERNANDEZ, et al.**

**CASE NO. 06-60027-CR-ZLOCH/Snow**

```
AUSA Ellen Cohen (WPB)
Richard Hersch, Esq. (D-Frank Hernandez & Amada Hernandez)
Chris Grillo, Esq. (D-Marhee)
Greg Ross, Esq. (D-Marhee)
Bruce Lyons, Esq. (D-Antonio)
Joe Rosenbaum, Esq. (D-Pinkoff)
Jon May, Esq. (D-E.V.A. Global & Tropical)
David Bogenschutz, Esq. (D-Antoniou)
David Vinikoor, Esq. (D-Wiseberg)
Jeffrey Voluck, Esq. (D-Helfant)
Sean Ellsworth, Esq. (D-Francois)
Alberto Acuna, Esq. (D-Concept RX)
Jeff Harris, Esq. (D-Cruz)
Michael Hursey, Esq. (D-Walker)
Richard Della Fera, Esq. (D-Echols)
Dan Forman, Esq. (D-Edwards and Local Counsel for Hardiman)
Mark Hardiman, Esq. (D-Edwards)
AFPD Chantel Doakes (FTL) (D-Baron)
```