```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

               CASE NO. 07-60027-CR-ZLOCH/Snow
```

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRANK HERNANDEZ, et al.

        Defendants.

_____

### **O R D E R**

THIS CAUSE is before the Court on defendants **Amada Hernandez' and Frank Hernandez'** Motions to Join and Adopt Co-Defendants' Motions (DE 527, 530, 543 and 544). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motions are GRANTED. Defendants Amada Hernandez and Frank Hernandez are permitted to adopt the following motions:

    1. Defendant Hannibal Edwards' Motion to Dismiss Indictment (DE 457);

    2. Defendant Paul Wiseberg's Motion to Dismiss Counts 1 and 9-12 of the Indictment (DE 482);

    3. Defendant Paul Wiseberg's Motion for Severance (DE 517), and

4. Defendant Hannibal Edwards' Second Motion to Dismiss Indictment (DE 524), except as to any matter where standing is an essential element of participation.  Any appeal from or objection to any magistrate judge ruling must be taken individually, specifically and timely.

DONE AND ORDERED at Fort Lauderdale, Florida, this 27th day of August, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Ellen Cohen (WPB)
Richard Hersch, Esq. (D-Frank Hernandez & Amada Hernandez)
Chris Grillo, Esq. (D-Marhee)
Greg Ross, Esq. (D-Marhee)
Bruce Lyons, Esq. (D-Antonio)
Joe Rosenbaum, Esq. (D-Pinkoff)
Jon May, Esq. (D-E.V.A. Global & Tropical)
David Bogenschutz, Esq. (D-Antoniou)
David Vinikoor, Esq. (D-Wiseberg)
Jeffrey Voluck, Esq. (D-Helfant)
Sean Ellsworth, Esq. (D-Francois)
Alberto Acuna, Esq. (D-Concept RX)
Jeff Harris, Esq. (D-Cruz)
Michael Hursey, Esq. (D-Walker)
Richard Della Fera, Esq. (D-Echols)
Dan Forman, Esq. (D-Edwards and Local Counsel for Hardiman)
Mark Hardiman, Esq. (D-Edwards)
AFPD Chantel Doakes (FTL) (D-Baron)