UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60027-CR-ZLOCH

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                       **O R D E R**

FRANK HERNANDEZ, et al.,

       Defendants.
_____/

      THIS MATTER is before the Court upon the Report And Recommendation (DE 674) filed herein by United States Magistrate Judge Lurana S. Snow and upon the Objections To Magistrate's Report (DE 703, 706, 707, 712 and 715) filed by the Defendants, Frank Hernandez, Amada Hernandez, Serge Francois, Lawrence D. Pinkoff and Hannibal Edwards, M.D.  The Court has conducted a de novo review of the entire record herein and is otherwise fully advised in the premises.

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1. The Defendants, Frank Hernandez, Amada Hernandez, Serge Francois, Lawrence D. Pinkoff and Hannibal Edwards, M.D.'s Objections To Magistrate's Report (DE 703, 706, 707, 712 and 715) be and the same are hereby **OVERRULED**; and

      2. The Report And Recommendation (DE 674) filed herein by

United States Magistrate Judge Lurana S. Snow, be and the same is hereby approved, ratified and adopted by the Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___21st___ day of February, 2008.

```
                            _____
                            WILLIAM J. ZLOCH
                            United States District Judge
```

Copies furnished:

The Honorable Lurana S. Snow
United States Magistrate Judge

All Counsel of Record