UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60027-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK HERNANDEZ, et al.

    Defendants.
_____

### O R D E R

THIS CAUSE is before the Court on the Government's *Ore Tenus* Motion to Disqualify attorney Richard Hersch from representing defendant Frank Hernandez. The motion is based on the fact that Christopher Grillo, Esquire, stated in open court that he planned to rely on the defense of reliance of the advice of counsel and would be calling Mr. Hersch as a defense witness.

A hearing was held on this motion on February 27-28, 2008, at which time defendant Frank Hernandez was represented by Michael Walsh, Esquire, who was retained to advise the defendant on the issue of whether Mr. Hersch had a conflict of interest. At that hearing, Mr. Walsh stated that Mr. Hersch conceded that he now has a conflict of interest and can no longer serve as counsel for defendant Frank Hernandez. The undersigned agrees.

Mr. Walsh advised the undersigned that he anticipated that he would be filing a permanent appearance on behalf of defendant Frank Hernandez. To date, Mr. Walsh has not filed a permanent appearance and Mr. Hersch has not withdrawn as counsel.

Therefore, it is hereby

ORDERED and ADJUDGED that the Government's Motion to Disqualify Richard Hersch is GRANTED. Defendant Frank Hernandez shall retain new counsel within seven days from the date of this Order. If no attorney has filed a permanent notice of appearance by March 11, 2008, defendant Frank Hernandez and Michael Walsh, Esquire shall appear before the undersigned on March 12, 2008, at 11:30 a.m. for an inquiry regarding counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 4th day of March, 2008.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Debbie Donovan (FTL)
   Courtroom Deputy

See Attached Service List

2

## SERVICE LIST

## USA v. FRANK HERNANDEZ, et al.

## CASE NO. 07-60027-CR-ZLOCH/Snow

AUSA Ellen Cohen (WPB)
Richard Hersch, Esq. (D-Frank Hernandez)
Michael Walsh, Esq. (D_Frank Hernandez)
Omar Guerra Johansson, Esq. (D-Amada Hernandez)
Chris Grillo, Esq. (D-Marhee)
Greg Ross, Esq. (D-Marhee)
Bruce Lyons, Esq. (D-Antonio)
Joe Rosenbaum, Esq. (D-Pinkoff)
Jon May, Esq. (D-E.V.A. Global & Tropical)
David Bogenschutz, Esq. (D-Antoniou)
David Vinikoor, Esq. (D-Wiseberg)
Jeffrey Voluck, Esq. (D-Helfant)
Sean Ellsworth, Esq. (D-Francois)
Alberto Acuna, Esq. (D-Concept RX)
Jeff Harris, Esq. (D-Cruz)
Michael Hursey, Esq. (D-Walker)
Richard Della Fera, Esq. (D-Echols)
Dan Forman, Esq. (D-Edwards and Local Counsel for Hardiman)
Mark Hardiman, Esq. (D-Edwards)
AFPD Chantel Doakes (FTL) (D-Baron)