UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           CASE NO.: 07-60027-CR-ZLOCH

    Plaintiff,

vs.

FRANK HERNANDEZ, et al.           /

**CRIMINAL MINUTES**

Date: March 3, 2009                Judge: William J. Zloch

Court Reporter: Carl Schanzleh     Courtroom Clerk: Barbara Coats

Asst. U.S. Attorney: Ellen Cohen, AUSA/Laurie Rucoba, AUSA

Defense Counsel: See attached list

Probation:                         Interpreter:

Defendant:  X  Present _____ Not Present  X  On Bond _____ In Custody

REASON FOR HEARING: Continuation of jury trial

RESULT OF HEARING: Defendant Frank Hernandez testified.  Donna Richards testified.  Defendant Hannibal Edwards, M.D. testified.

JUDGMENT: The Court granted Defendant Steve Marhee's Motion for Mistrial and defendants Steve Marhee, Edgar Cruz, Thomas Walker and Everett Echols, M.D. are dismissed with prejudice.

CASE CONTINUED TO   3/4/2009              TIME  9:15 AM    FOR continuation of jury trial

MISC

ATTENDANCE - MARCH 3, 2009


(B) FRANK HERNANDEZ
    PETER RABEN, ESQ.

(B) STEVE MARHEE
    CHRISTOPHER A. GRILLO, ESQ.

(B) LAWRENCE D. PINKOFF
    JOSEPH S. ROSENBAUM, ESQ.

(B) SERGE FRANCOIS
    CONCEPT RX, INC.
    SEAN M. ELLSWORTH, ESQ.

(B) EDGAR CRUZ
    JEFFREY M. HARRIS, ESQ.

(B) THOMAS WALKER
    R. MICHAEL HURSEY, ESQ.

(B) EVERETT ECHOLS, M.D.
    RICHARD F. DELLA FERA, ESQ.

(B) HANNIBAL EDWARDS, M.D.
    MARK HARDIMAN, ESQ.