UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO.: 07-60027-CR-ZLOCH

      Plaintiff,

vs.

FRANK HERNANDEZ, et al.            /

**CRIMINAL MINUTES**

Date: March 6, 2009  Judge: William J. Zloch

Court Reporter: Carl Schanzleh  Courtroom Clerk: Barbara Coats

Asst. U.S. Attorney: Ellen Cohen, AUSA/Laurie Rucoba, AUSA

Defense Counsel: See attached list

Probation:  Interpreter:

Defendant:  X  Present  ___ Not Present  X  On Bond  ___ In Custody

REASON FOR HEARING: Continuation of jury trial

RESULT OF HEARING:  Jury deliberations.

JUDGMENT:

CASE CONTINUED TO   3/9/2009          TIME  9:15 AM    FOR

continuation of jury deliberations

MISC

ATTENDANCE - MARCH 6, 2009


(B) FRANK HERNANDEZ
    PETER RABEN, ESQ.

(B) LAWRENCE D. PINKOFF
    JOSEPH S. ROSENBAUM, ESQ.

(B) SERGE FRANCOIS
    CONCEPT RX, INC.
    SEAN M. ELLSWORTH, ESQ.

(B) HANNIBAL EDWARDS, M.D.
    MARK HARDIMAN, ESQ.