UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,              CASE NO.: 07-60027-CR-ZLOCH

    Plaintiff,

vs.

FRANK HERNANDEZ, et al.        /


**CRIMINAL MINUTES**

Date: March 10, 2009                    Judge: William J. Zloch

Court Reporter: Carl Schanzleh          Courtroom Clerk: Barbara Coats

Asst. U.S. Attorney: Ellen Cohen, AUSA/Laurie Rucoba, AUSA

Defense Counsel: See attached list

Probation:                              Interpreter:

Defendant:  X  Present _____ Not Present  X  On Bond _____ In Custody

REASON FOR HEARING: jury deliberation


RESULT OF HEARING: Court became aware that jurors did not follow the Court's instructions. Jurors indicated that they were deadlocked. Defendants moved for a mistrial. Government moved for a continuance until after 11th Circuit rules on appeal which Government will be making regarding mistrial as to defendants previously dismissed.

JUDGMENT: Court granted defendants' Motion for Mistrial and reserves ruling on Government's motion for continuance.


CASE CONTINUED TO_____TIME_____FOR_____

MISC_____

```
                    ATTENDANCE - MARCH 10, 2009



(B) FRANK HERNANDEZ
    PETER RABEN, ESQ.

(B) LAWRENCE D. PINKOFF
    JOSEPH S. ROSENBAUM, ESQ.

(B) SERGE FRANCOIS
    CONCEPT RX, INC.
    SEAN M. ELLSWORTH, ESQ.

(B) HANNIBAL EDWARDS, M.D.
    MARK HARDIMAN, ESQ.
```