```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA

             CASE NO. 07-60027-CR-ZLOCH
```

UNITED STATES OF AMERICA,

        Plaintiff,

vs.  **FINAL ORDER OF DISMISSAL**

FRANK HERNANDEZ, LAWRENCE D.
PINKOFF, SERGE FRANCOIS, CONCEPT
RX PHARMACY, INC., EMMANUEL ANTONIO,
THEOPHILOS ANTONIOU, TROPIC SPIRAL
SYSTEMS, INC., EVA GLOBAL, INC., and
HANNIBAL EDWARDS, M.D.,

        Defendants.
_____/

    THIS MATTER is before the Court upon Plaintiff United States of America's Motion To Dismiss Indictment With Prejudice Pursuant To Fed. Crim. R. P. 48(a) (DE 1214).  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff United States of America's Motion To Dismiss Indictment With Prejudice Pursuant To Fed. Crim. R. P. 48(a) (DE 1214) be and the same is hereby **GRANTED;**

    2.  The Indictment (DE 3) filed against Defendants Frank Hernandez, Lawrence D. Pinkoff, Serge Francois, Concept Rx Pharmacy, Inc., Emmanuel Antonio, Theophilos Antoniou, Tropic Spiral Systems, Inc., EVA Global, Inc., and Hannibal Edwards, M.D.

be and the same is hereby **DISMISSED**, with prejudice; and

3. Defendants Frank Hernandez, Lawrence D. Pinkoff, Serge Francois, Concept Rx Pharmacy, Inc., Emmanuel Antonio, Theophilos Antoniou, Tropic Spiral Systems, Inc., EVA Global, Inc., and Hannibal Edwards, M.D. shall go hence without day. These Defendants stand discharged as will their sureties, if any.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_\_6th\_\_\_\_ day of April, 2009.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record