```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA, )
                              )       CASE NUMBER
            PLAINTIFF,        )     07-60027-CR-ZLOCH
                              )
    VS.                       )
                              )
FRANK HERNANDEZ, ET AL,       )       THIS VOLUME:
                              )       PAGES 1 - 15
            DEFENDANT.        )
_____)
```

TRANSCRIPT OF STATUS CONFERENCE HAD BEFORE THE HONORABLE WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON MONDAY, APRIL 6, 2009, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:   ELLEN COHEN, A.U.S.A., AND
                      ROGER STEFIN, A.U.S.A.

FOR THE DEFENDANTS:   PETER RABEN,
                      CHRISTOPHER A. GRILLO,
                      BRUCE M. LYONS,
                      JOSEPH S. ROSENBAUM,
                      J. DAVID BOGENSCHUTZ,

                      JEFFREY M. HARRIS,

                      R. MICHAEL HURSEY, AND

                      RICHARD F. DELLA FERA, ESQS.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

1  (FORT LAUDERDALE, BROWARD COUNTY, FLORIDA; MONDAY,
2  APRIL 6, 2009, IN OPEN COURT.)
3              THE COURT: GOOD MORNING. PLEASE BE SEATED.
4              CALLING CASE NUMBER 07-60027-CRIMINAL.
5              COUNSEL, WOULD YOU NOTE YOUR APPEARANCES FOR THE
6  RECORD.
7              MS. COHEN: GOOD MORNING, YOUR HONOR. ELLEN COHEN
8  ON BEHALF OF THE UNITED STATES, AND WITH ME IS ROGER STEFIN
9  ALSO ON BEHALF OF THE UNITED STATES.
10             THE COURT: GOOD MORNING.
11             MR. DELLA FERA: GOOD MORNING, YOUR HONOR.
12  RICHARD DELLA FERA ON BEHALF OF EVERETT ECHOLS.
13             THE COURT: GOOD MORNING.
14             MR. ROSENBAUM: GOOD MORNING, YOUR HONOR. JOE
15  ROSENBAUM ON BEHALF OF MR. PINKOFF WHO IS PRESENT.
16             THE COURT: GOOD MORNING.
17             MR. HURSEY: GOOD MORNING, JUDGE. MICHAEL HURSEY
18  FOR THOMAS WALKER.
19             THE COURT: GOOD MORNING.
20             MR. HARRIS: GOOD MORNING, JUDGE. JEFF HARRIS ON
21  BEHALF OF EDGAR CRUZ.
22             THE COURT: GOOD MORNING.
23             MR. RABEN: GOOD MORNING, YOUR HONOR. PETER RABEN
24  FOR FRANK HERNANDEZ, AND WITH THE COURT'S CONSENT I'M
25  STANDING IN FOR MARK HARDIMAN FOR DR. EDWARDS AND FOR

```
 1    MR. ELLSWORTH FOR CONCEPT RX AND FOR SERGE FRANCOIS.
 2              THE COURT:  GOOD MORNING.
 3              MR. GRILLO:  GOOD MORNING, JUDGE.  CHRISTOPHER
 4    GRILLO ON BEHALF OF STEVE MARHEE WHO IS PRESENT.
 5              THE COURT:  GOOD MORNING.
 6              MR. BOGENSCHUTZ:  GOOD MORNING, YOUR HONOR.  DAVE
 7    BOGENSCHUTZ ON BEHALF OF THEOPHILOS ANTONIOU WHO IS ALSO
 8    PRESENT.
 9              THE COURT:  GOOD MORNING.
10              MR. LYONS:  GOOD MORNING, YOUR HONOR.  BRUCE LYONS
11    ON BEHALF OF EMMANUEL ANTONIO, AS WELL AS I WILL STAND IN
12    FOR JON MAY ON BEHALF OF TROPIC SPIRAL SYSTEMS AND E.V.A.
13    GLOBAL.
14              THE COURT:  GOOD MORNING.
15              MISS COHEN, I RECEIVED THE GOVERNMENT'S UNOPPOSED
16    MOTION TO DISMISS THE INDICTMENT WITH PREJUDICE.
17              ARE YOU DISMISSING WITH PREJUDICE AS TO ALL
18    DEFENDANTS?
19              MS. COHEN:  I THINK, YOUR HONOR, THE LAST
20    PARAGRAPH OF THE MOTION STATES THE SPECIFIC ONES WE ARE
21    DISMISSING WITH PREJUDICE AS TO, AND I THINK IT INDICATES
22    EXACTLY WHO THAT IS.
23              THE COURT:  SO YOU ARE DISMISSING WITH PREJUDICE
24    AS TO MR. ANTONIO, E.V.A. GLOBAL, ANTONIOU, TROPIC SPIRAL
25    SYSTEMS, FRANK HERNANDEZ, EMMANUEL ANTONIO, E.V.A. GLOBAL,
```

1  INC., LAWRENCE PINKOFF, THEOPHILOS ANTONIOU, TROPIC SPIRAL
2  SYSTEMS, SERGE FRANCOIS, CONCEPT RX, INC., AND HANNIBAL
3  EDWARDS, IS THAT CORRECT?
4           MS. COHEN:  YES, YOUR HONOR, THAT WOULD BE ALL OF
5  THE DEFENDANTS WHO HAVE NOT PREVIOUSLY BEEN DISMISSED
6  AGAINST.
7           THE COURT:  AND THAT LEAVES ONLY WHO THEN?
8           MS. COHEN:  WELL, YOU HAD ALREADY DISMISSED
9  AGAINST FOUR OTHERS.  SO THAT LEAVES NOBODY.
10          THE COURT:  WHAT ABOUT DR, ECHOLS ARE YOU
11 DISMISSING WITH PREJUDICE AS TO DR. ECHOLS?
12          MS. COHEN:  DR. ECHOLS WAS PART OF THAT FIRST
13 GROUP OF FOUR, YOUR HONOR, THAT YOU HAD DISMISSED WITH
14 PREJUDICE.
15          THE COURT:  AND IS THE GOVERNMENT DISMISSING WITH
16 PREJUDICE AS TO THOSE INDIVIDUALS AS WELL, IS THAT
17 CONTEMPLATED IN THIS MOTION?
18          MS. COHEN:  WELL, YOUR HONOR, YOU HAD ALREADY
19 DISMISSED THOSE AND WE ARE ASKING YOU TO REAFFIRM THE MOTION
20 IN WRITING.
21          THE COURT:  WHY DO YOU NEED SOMETHING IN WRITING?
22          MR. STEFIN:  WELL, YOUR HONOR, IT IS WITHIN YOUR
23 DISCRETION, BUT THE INTENT OF THIS IS TO DISMISS ALL OF THE
24 DEFENDANTS AT THIS POINT.  IT WAS OUR UNDERSTANDING THAT
25 SINCE YOU HAD ALREADY DISMISSED FOUR OF THE DEFENDANTS WITH

```
 1   PREJUDICE THERE WAS NO NEED FOR US TO FILE A FURTHER MOTION
 2   TO DISMISS THEM BUT THAT'S WHAT OUR INTENT IS, YOUR HONOR.
 3             THE COURT:  WELL, I AM JUST TRYING TO FIND OUT --
 4   THAT IS WHAT I AM TRYING TO FIND OUT IS THE GOVERNMENT'S
 5   INTENT.
 6             MR. STEFIN:  YES, YOUR HONOR.
 7             THE COURT:  YOU ARE INDICATING IN THIS MOTION THAT
 8   YOU ARE RESERVING AS TO DR. ECHOLS.  AT LEAST THAT IS HOW I
 9   READ IT.
10             MS. COHEN:  NO, WHAT WE'RE ASKING YOU TO DO -- HE
11   JUST STOOD IN A SLIGHTLY DIFFERENT POSITION AND WE DIDN'T
12   WANT TO MISINFORM THE COURT IN THE WAY WE WROTE THE MOTION,
13   BUT WE ARE LOOKING AT THE SAME KINDS OF ISSUES AS TO
14   DR. ECHOLS.
15             THE COURT:  WELL, THEN, IF YOU ARE DISMISSING WHY
16   DO YOU NEED A WRITTEN ORDER WITH RESPECT TO THE -- WHAT I AM
17   GOING TO SIMPLY CALL THE -- I WILL SIMPLY REFER TO THEM AS
18   THE MISCONDUCT DEFENDANTS, WHY DO YOU NEED A WRITTEN ORDER
19   AS TO THOSE DEFENDANTS IF YOU ARE DISMISSING WITH PREJUDICE?
20             MR. STEFIN:  I'M SORRY, YOUR HONOR.
21             DO WE NEED A WRITTEN ORDER AT THIS POINT?  I
22   DON'T BELIEVE WE DO NEED A WRITTEN ORDER WITH RESPECT TO
23   THAT.  BUT IN OUR PROPOSED ORDER WITH RESPECT TO THESE
24   DEFENDANTS THAT ARE REMAINING WE HAD INCLUDED A REFERENCE
25   THE DISMISSAL WITH PREJUDICE.
```

1             THE COURT:  WELL, I KNOW THAT, BUT IF THE
2  GOVERNMENT IS GOING TO REQUIRE THIS COURT TO ENTER AN ORDER
3  WITH RESPECT TO THE -- JUST SO WE ARE CLEAR, WITH RESPECT TO
4  THE MISCONDUCT DEFENDANTS, THEN I WILL ENTER AN ORDER BUT IT
5  IS NOT GOING TO BE THE ONE YOU HAD PROPOSED, IF YOU ARE
6  CATCHING WHERE I AM HEADING.
7             I HAVE A ROUGH DRAFT OF THE ORDER THAT WILL BE
8  ENTERED, AND THIS ONE IS -- THIS IS A ROUGH DRAFT, THIS ONE
9  IS 31 PAGES LONG.
10            NOW, I DO NOT KNOW WHY THE GOVERNMENT FEELS THERE
11 IS A NEED FOR THE COURT TO ENTIRE THIS ORDER, THE ONE THAT
12 IS 31 PAGES LONG.  I DO NOT KNOW WHY THE GOVERNMENT WANTS TO
13 PURSUE THAT WITH THE COURT.  BUT IF YOU ARE REQUESTING THAT
14 I ENTIRE AN ORDER WITH RESPECT TO THE MISCONDUCT DEFENDANTS
15 THAT IS THE ORDER THAT IS GOING TO BE ENTERED, NOT THE ONE
16 THAT YOU PROPOSED, NOT THE ONE SENTENCE LANGUAGE.
17            MR. STEFIN:  I THINK WE WERE TRYING TO OFFER AN
18 ALTERNATIVE TO A 31-PAGE ORDER, YOUR HONOR.  BUT GIVEN --
19            THE COURT:  I DO NOT SEE THE NEED -- IF YOU ARE
20 DISMISSING, THEN LET'S JUST DISMISS IT AND LET IT GO.
21            MR. STEFIN:  THAT IS ACCEPTABLE TO US.
22            THE COURT:  I MEAN, THERE IS NO NEED TO HAVE TO
23 MAKE REFERENCE TO CERTAIN THINGS.  THE COURT DOES NOT WANT
24 TO DO THAT UNLESS I AM PUT IN THE POSITION OF HAVING TO DO
25 THAT.

1          MR. STEFIN:  WE ARE NOT ASKING THE COURT TO ENTER
2   A WRITTEN ORDER, YOUR HONOR.  WE JUST THOUGHT THIS WOULD
3   FINALIZE IT, BUT WE WOULD PREFER THAT THE COURT NOT ENTER A
4   WRITTEN ORDER WITH RESPECT TO THOSE DEFENDANTS' DISMISSAL.
5          THE COURT:  MR. HURSEY?
6          MR. HURSEY:  JUDGE, THAT'S ACCEPTABLE TO US.
7   OBVIOUSLY I'M TALKING ON BEHALF OF THE MISCONDUCT FOUR NOW.
8   WE HAVE CONFERRED AMONGST OURSELVES.
9          JUDGE, THE ONE THING WE WOULD LIKE, THOUGH,
10  BECAUSE OF THE PROCEDURAL POSTURE THAT WE ARE IN, WE WOULD
11  LIKE FOR THE GOVERNMENT TO STATE ON THE RECORD THAT THEY DO
12  NOT INTEND TO APPEAL THE --
13         THE COURT:  DOES THE GOVERNMENT INTENDS TO APPEAL
14  THE MISCONDUCT ISSUE?
15         MR. STEFIN:  YOUR HONOR, THE UNITED STATES
16  ATTORNEY'S OFFICE DOES NOT INTEND TO SEEK APPROVAL FOR AN
17  APPEAL IN THIS CASE.  I USE THOSE WORDS ONLY BECAUSE THE
18  SOLICITOR GENERAL HAS TO BE THE FINAL AUTHORITY, BUT IT IS
19  GOING TO BE OUR POSITION THE UNITED STATES ATTORNEY'S OFFICE
20  WILL NOT BE SEEKING AN APPEAL IN THIS MATTER.
21         THE COURT:  I MEAN, IF THERE IS AN APPEAL
22  OBVIOUSLY THE COURT WILL HAVE TO ENTER ITS ORDER BECAUSE THE
23  ELEVENTH CIRCUIT WOULD SIMPLY SEND IT BACK ASKING FOR THIS
24  COURT TO MAKE FINDINGS OF FACT.  SO IF THE GOVERNMENT IS
25  GOING TO APPEAL THE MATTER THE COURT WOULD HAVE TO ENTER THE

1  LENGTHY ORDER THAT I AM PREPARING, BUT HOPEFULLY I WON'T
2  HAVE TO DO THAT.
3          MR. HARRIS:  JUDGE, JEFF HARRIS ON BEHALF OF
4  MR. CRUZ.  I THINK I'M SPEAKING FOR THE FOUR DISCHARGED.  I
5  WOULD ASK YOU TO ENTER THAT ORDER TODAY, BECAUSE IF THEY ARE
6  NOT WILLING TO COMMIT, AND THEY'RE SEEKING A REVIEW, THERE
7  IS NOTHING TO REVIEW BECAUSE THE WRITTEN FINDINGS BY THE
8  COURT HAS NOT BEEN ENTERED.  SO I DON'T THINK THEY SHOULD BE
9  ABLE TO HAVE IT BOTH WAYS.
10         THE COURT:  WELL, I AM NOT GOING TO DO THAT.  I AM
11 NOT GOING TO ENTER THE ORDER UNLESS I HAVE TO.  I MEAN,
12 THERE IS NO REASON, AS I HAVE SAID EARLIER NOW AND I SAID IT
13 AT THE LAST HEARING, THE COURT IS NOT INTERESTED IN MAKING
14 REFERENCE TO CERTAIN THINGS UNLESS I ABSOLUTELY HAVE TO.
15         SO IF THE GOVERNMENT DECIDES TO APPEAL THEN I
16 WOULD BE IN A POSITION WHERE I WOULD HAVE TO ENTER THE ORDER
17 BECAUSE THAT IS WHAT THE ELEVENTH CIRCUIT WOULD WANT.  THEY
18 WOULD REQUIRE THAT I MAKE SPECIFIC FINDINGS.
19         MR. HURSEY:  AND, JUDGE, IF I CAN MAKE ANOTHER
20 COMMENT TOO ON BEHALF OF MR. WALKER, AND I BELIEVE THE FOUR,
21 IF THE COURT COULD ORDER THE GOVERNMENT TO CONTACT THE
22 SOLICITOR GENERAL'S OFFICE WE DON'T WANT THIS DANGLING THREE
23 MONTHS FROM NOW OR FOUR MONTHS FROM NOW.
24         THE COURT:  WELL, THE RULE IS CLEAR.  THE RULE
25 SAYS 30 DAYS FROM THE DATE OF THE ORDER OR THE JUDGMENT.

1  THE 30 DAYS IS PAST.  SO, I MEAN, I AM NOT GOING -- I AM NOT
2  GOING TO ORDER THE GOVERNMENT TO DO THAT.  I MEAN, THE RULE
3  IS CLEAR.  THE RULE SAYS 30 DAYS.  THE ORDER WOULD BE, AT
4  LEAST AT THIS POINT WOULD BE THE ORAL PRONOUNCEMENT GRANTING
5  THE MOTION TO DISMISS WITH PREJUDICE WITH RESPECT TO YOUR
6  CLIENT AND THE OTHER DEFENDANTS SIMILARLY SITUATED.  SO, I
7  MEAN, I CAN'T SPEAK FOR THE GOVERNMENT BUT THE 30 DAYS IS
8  RUN.
9          MR. HURSEY:  JUDGE, THAT'S AS FAR AS WE CAN GO
10 NOW.  THE UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN
11 DISTRICT OF FLORIDA WILL NOT SEEK FROM THE SOLICITOR
12 GENERAL TO APPEAL, BUT WE ARE TRYING TO PROTECT OUR
13 CLIENT'S INTEREST JUST IN CASE THERE WAS A GOVERNMENT'S
14 MACHINATION LATER BECAUSE WE WOULD NEED A FACTUAL BASIS AND
15 WE WOULD NEED YOUR ORDER.  AT THIS POINT IF THEY DON'T GO
16 FORWARD WITH AN APPEAL --
17         THE COURT:  WHY ARE YOU WORRYING ABOUT ALL OF
18 THIS?
19         MS. COHEN:  I THINK IT IS CALLED STATING THE
20 OBVIOUS, YOUR HONOR.
21         THE COURT:  I MEAN, IT IS OUT OF THE HANDS OF THE
22 U.S. ATTORNEY FOR THE SOUTHERN DISTRICT OF FLORIDA.  YOU
23 HEARD COUNSEL REPRESENT THAT THE SOLICITOR GENERAL'S OFFICE
24 IS GOING TO HAVE TO MAKE THE CALL, AND IF THEY MAKE THE CALL
25 TO GO FORWARD WITH THE APPEAL, WELL, THEN IT WILL GO

1  FORWARD.

2           IF I DO NOT KNOW ABOUT THE JURISDICTIONAL ISSUE

3  REGARDING THE 30-DAY PERIOD, BUT THERE IS NOTHING THAT YOU

4  OR I CAN DO TO FORCE THE ISSUE.

5           MR. HURSEY:  WE ARE SEEKING JUST SOME FINALITY.

6  BUT I THINK YOU HAVE GONE AS FAR AS YOU CAN AND WE HAVE TOO

7  STATING OUR POSITIONS ON THE RECORD.  YOU HAVE GIVEN US THE

8  OPTION LATER IF THEY WOULD APPEAL YOU WOULD FILE YOUR ORDER

9  THAT WOULD GIVE US --

10          THE COURT:  ABSOLUTELY.

11          MR. HURSEY:  -- WHAT WE NEED TO DO.

12          THE COURT:  BECAUSE THE ELEVENTH CIRCUIT WOULD

13  REQUIRE ME TO DO THAT.

14          MR. HURSEY:  OKAY.

15          THE COURT:  IF IT WENT UP TO APPEAL THEY WOULD

16  SEND IT BACK AND DIRECT THE DISTRICT COURT TO MAKE FINDINGS

17  OF FACT.

18          MR. HURSEY:  THANK YOU, JUDGE.  WITH THAT WE HAVE

19  GONE AS FAR AS WE CAN WITH THIS TODAY.

20          THE COURT:  SO THEN IN THE ORDER OF DISMISSAL WITH

21  PREJUDICE -- WELL, LET ME COVER ONE OTHER THING HERE BEFORE

22  I GO FURTHER.

23          MR. BOGENSCHUTZ, ON BEHALF OF YOUR CLIENT; AND,

24  MR. LYONS, ON BEHALF OF YOUR CLIENT, YOU WOULD REQUEST THE

25  COURT THEN TO VACATE THE PLEAS OF GUILTY PREVIOUSLY ENTERED

```
 1  BY YOUR CLIENTS?
 2          MR. BOGENSCHUTZ:  WE SO MOVE, JUDGE.
 3          MR. LYONS:  I DO TOO, YOUR HONOR, AS WELL ON
 4  BEHALF OF E.V.A. GLOBAL AND T.S.S.
 5          THE COURT:  ALL RIGHT.  AND VACATE AND SET ASIDE
 6  THE GUILTY PLEAS AND THE ADJUDICATION OF GUILT WHICH TOOK
 7  PLACE AT THE PLEA COLLOQUY.
 8          MR. BOGENSCHUTZ:  YES, YOUR HONOR.
 9          MS. COHEN:  YOUR HONOR, JUST TO CLARIFY THE
10  RECORD, IT WOULD ALSO REQUIRE SETTING ASIDE THE PRELIMINARY
11  ORDER OF FORFEITURE AS TO MR. ANTONIO AND MR. ANTONIOU, AND
12  I THINK COUNSEL MIGHT EVEN HAVE AN ORDER THAT WOULD RELEASE
13  THE HOLD ON THE MONIES THAT WERE PENDING FOR THOSE
14  FORFEITURES IF THE COURT WANTED TO ENTERTAIN THOSE.
15          THE COURT:  ALL RIGHT, JUST PASS THOSE UP IF YOU
16  HAVE THOSE PROPOSED ORDERS.
17          MR. BOGENSCHUTZ:  I HAVE THEM, JUDGE.
18          THE COURT:  ALL RIGHT.  THEN THE COURT WILL VACATE
19  AND SET ASIDE THE PLEAS OF GUILTY AND THE ADJUDICATIONS OF
20  GUILT PREVIOUSLY ENTERED HEREIN BY THEOPHILOS ANTONIOU AND
21  EMMANUEL ANTONIO, E.V.A. GLOBAL, TROPIC SPIRAL SYSTEMS, INC.
22  I THINK THAT IS IT, CORRECT?
23          MS. COHEN:  YES, YOUR HONOR.
24          THE COURT:  ALL RIGHT.  SO THOSE PLEAS AND
25  ADJUDICATIONS ARE VACATED, SET ASIDE AND IN NO FURTHER FORCE
```

1  AND EFFECT, AND I WILL VACATE THE ORDERS OF FORFEITURE THAT

2  HAVE PREVIOUSLY BEEN ENTERED WITH RESPECT TO THOSE

3  DEFENDANTS.

4              ANYTHING ELSE THEN FROM THE GOVERNMENT?

5              MR. STEFIN:  NOTHING FROM THE UNITED STATES, YOUR

6  HONOR.

7              THE COURT:  FROM THE DEFENSE?

8              MR. GRILLO:  ON BEHALF OF STEVE MARHEE, MYSELF AND

9  THE REST OF THE LAWYERS AND DEFENDANTS IN THIS CASE WE WOULD

10 LIKE TO THANK YOU FOR ASSISTING US AND MAKING SURE THAT

11 JUSTICE WAS ACHIEVED IN THIS CASE.

12             THE COURT:  THANK YOU, MR. GRILLO.

13             WELL, I THINK THE GOVERNMENT IS TO BE COMMENDED AS

14 WELL FOR ITS POSITION WITH RESPECT TO THE MATTER.  IT IS A

15 RARE SIGHT, AT LEAST IN THE SOUTHERN DISTRICT OF FLORIDA,

16 WHEN YOU HAVE SOMETHING LIKE THIS TAKE PLACE.  SO I

17 COMPLIMENT MISS COHEN ON HER PROFESSIONALISM AND IN

18 PROCEEDING IN THE FASHION THAT THE GOVERNMENT HAS DECIDED TO

19 TAKE.

20             MR. GRILLO:  I'M SORRY, I MISSPOKE.  WE THANK THEM

21 AS WELL.

22             MR. RABEN:  ON BEHALF OF MR. ELLSWORTH AND CONCEPT

23 RX, I JUST WANTED TO VERIFY A CONVERSATION THAT I HAD WITH

24 THE GOVERNMENT THAT THEY ARE GOING TO FOREGO THE FORFEITURE

25 AS TO CONCEPT RX.

1    MS. COHEN:  THERE WAS INDEED 91,000 PLUS DOLLARS
2 SEIZED FROM CONCEPT RX WHICH WILL BE RETURNED TO
3 MR. FRANCOIS AS THE OWNER OF THAT BUSINESS.
4    THE COURT:  THAT WILL BE VACATED THEN.
5    MS. COHEN:  I DON'T BELIEVE THERE WAS ANY ORDER ON
6 THAT.  I HAVE LEFT THAT IN MR. LESTER'S HANDS TO MAKE SURE
7 WHATEVER NEEDS TO BE DONE IS DONE.
8    THE COURT:  OKAY.
9    MR. RABEN:  AND THEN I WILL DEAL WITH MR. LESTER.
10    MR. LYONS:  AND WITH REGARDS TO TROPIC SPIRAL AND
11 E.V.A. LIKEWISE WE WILL DEAL WITH MR. LESTER ON THAT
12 SUBJECT.  IN ADDITION, YOUR HONOR, I KNOW THAT IN SOME
13 INSTANCES PRETRIAL SERVICES OR THE MAGISTRATE REQUIRED THE
14 SURRENDER OF PASSPORTS.  SO I GUESS WE SHOULD SUBMIT ORDERS
15 TO YOUR HONOR FOR THE RETURN OF PASSPORTS?
16    THE COURT:  PLEASE DO THAT.  THAT WILL HELP ME,
17 AND THEN I CAN PUT EVERYTHING INTO ONE ORDER.
18    MR. RABEN:  SHOULD WE ALSO DO THAT REGARDING THE
19 DISCHARGE OF THE BONDS?
20    THE COURT:  SURE.
21    MR. RABEN:  I WANTED TO TAKE THE OPPORTUNITY TO
22 THANK THE COURT'S STAFF.  THE COURT'S STAFF WAS PHENOMENAL.
23    THE COURT:  THANK YOU.
24    MR. RABEN:  THEY WERE VERY, VERY HELPFUL AND I
25 THINK THE COURT SHOULD BE ADVISED OF THAT.

```
 1              THE COURT:  THANK YOU.  I KNOW THAT THEY
 2  APPRECIATE YOUR COMMENT.
 3              WELL, THIS WAS A VERY INTERESTING CASE.  I MEAN IT
 4  REALLY WAS.  IT WAS KIND OF FASCINATING.
 5              ANYTHING ELSE FROM THE GOVERNMENT?
 6              MS. COHEN:  I DON'T BELIEVE SO, YOUR HONOR.
 7              THE COURT:  FROM THE DEFENSE?
 8              MR. RABEN:  NO, YOUR HONOR.
 9              THE COURT:  ALL RIGHT, COUNSEL, THANK YOU VERY
10  MUCH.
11              HAVE A GREAT WEEK.
12                                - - -
13
14
15
16
17
18
19
20
21
22
23
24
25
```


# C E R T I F I C A T E

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

I, CARL SCHANZLEH, OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, DO HEREBY CERTIFY THAT THE FOREGOING 14 PAGES CONSTITUTE A TRUE TRANSCRIPT OF THE PROCEEDINGS HAD BEFORE THE SAID COURT HELD IN THE CITY OF FORT LAUDERDALE, FLORIDA, IN THE MATTER THEREIN STATED.

IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS 13TH DAY OF APRIL 2009.

/S/CARL SCHANZLEH
CARL SCHANZLEH, RPR-CM
OFFICIAL FEDERAL COURT REPORTER
299 EAST BROWARD BLVD., 202B
FORT LAUDERDALE, FL  33301
TELEPHONE 954/769-5488